## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOHNNY HURTADO (J)   55382-00   CASE NO: 00-4154-SNOW

AUSA: BRUCE BROWN /s/          ATTY: _____

AGENT: _____            VIOL: PWID COCAINE

PROCEEDING I/A ON COMPLAINT   RECOMMENDED BOND PTD

BOND HEARING HELD - yes/no    COUNSEL APPOINTED

___ BOND SET @

___ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

*Advised of charges - to retain counsel*

(Circle One)
~~Interpreter Required~~
~~No Interpreter~~
~~Not Known~~
Spanish
(Specify Language)

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 6/27    11   LSS
                        (PTD)/BOND HRG:      6/29   10:30  LSS
                        PRELIM/ARRAIGN:      7-10    11   BSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 6/26/00   Time 11:00   FTL/LSS TAPE #00- 034   Begin: 2484   End: 2900

