UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55382-004

UNITED STATES OF AMERICA )
           Plaintiff ) Case Number: CR 00-4154-SNOW
                     ) REPORT COMMENCING CRIMINAL
   -vs-              )            ACTION
JOHNNY HURTADO       )
           Defendant

TO: Clerk's Office   MIAMI / FT. LAUDERDALE / W. PALM BEACH
    U.S. District Court       (circle one)

FILED by ____ D.C.
JUN 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6-26-00           am/pm
(2) Language Spoken: SPANISH
(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown
(5) Date of Birth: 3-10-21

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____
(10) Agency: DEA              (11) Phone: _____
(12) Comments: _____

