COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOHNNY HURTADO (J)          CASE NO: 00-4154-SNOW

AUSA: BRUCE BROWN                 ATTY:

AGENT:                            VIOL:

PROCEEDING INQUIRY RE COUNSEL     RECOMMENDED BOND

BOND HEARING HELD - yes/no        COUNSEL APPOINTED

____ BOND SET @

____ SPECIAL CONDITIONS:

FILED by ___ D.C.
JUN 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

- Family still contacting attorney

(Circle One)
Interpreter Required
No Interpreter
Not Known
_____
(Specify Language)

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: July 29, 2000 @ 11:00

____                      PTD/BOND HRG:

____                      PRELIM/ARRAIGN:

____                      REMOVAL HRG:

____                      STATUS CONF:

Date: 6/27/00    Time 11:00    FTL/LSS TAPE #00- 035    Begin: ____    End: ____