7-3-00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6183 CR
DIMITROULEAS

UNITED STATES OF AMERICA,

v.

JOHNNY HURTADO

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD**

COMES NOW ___James Eisenberg___, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), ~~and to pursue that appeal unless relieved by Court Order~~.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 7/3/2000

Attorney ___James Eisenberg___
Address ___250 AUSTRALIAN AVE. S.___
City ___West Palm Bch___ State ___FL___ Zip ___33401___
Telephone ___(561) 659-2009___
Florida Bar No. ___216615___

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

x ___Johnny Hurtado___