| | |
|---|---|
| DEFT: Johnny Hurtado (J)# | CASE NO: 00-6183-CR-Dimitrouleas ~~00-4154-LSS~~ |
| AUSA: Bruce Brown /Jeff Kay/ | ATTNY: Jim Eisenberg, may be late, present |
| AGENT: | VIOL: |
| PROCEEDING: Inquiry re Counsel / Possible Arraignment | BOND REC: |
| BOND HEARING HELD (yes)/no | COUNSEL APPOINTED: |
| BOND SET @ $50,000 Corp Surety | |
| CO-SIGNATURES: | FILED by ___ D.C. JUL 3 - 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD. |
| SPECIAL CONDITIONS: | |

1) Do not violate any law. ✓
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /in West Palm Beach/ ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/FL
12) ___ Halfway House
___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol.

Reading of indictment waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

/Sworn/
(Oath)
Interpreter Requested
No Interpreter
Not Known
/signature/
(Specify Language)

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | to be set | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 7-18-00 | 11:00am | LSS | |
| DATE: 7-3-00 | TIME: 11:00am | TAPE # 00-052/053 | PG # 3 | |

2799 – 2918  00-053 1-3
recalled 00-054
3186 – 3700