FILED by _____ D.C.
JUL 3 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6183-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Johhny Hurtado

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on   7-3-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and co~~urt-app~~ointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

|  |  |
|---|---|
| DEFENDANT: | IN CUSTODY<br>Address:_____ |
|  | _____ |
|  | Telephone:_____ |
| DEFENSE COUNSEL: | Name: James Eisenberg |
|  | Address:_____ |
|  | _____ |
|  | Telephone:_____ |
| BOND SET/~~CONTINUED~~: | $  50,000 Corporate Surety |

Bond hearing held: yes  X   no____ Bond hearing set for_____

Dated this    3    day of   July           , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No.   00-052/053

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services