UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CASE NO. 00-6183-CR-DIMITROULEAS

JOHNNY HURTADO,
    Defendant.
_____/

### DEFENDANT'S NOTICE OF FILING CHANGE OF ADDRESS

Defendant, JOHNNY HURTADO, hereby files with the Court his new address and telephone number. They are:

    1133 Benoist Farms Road, #105
    West Palm Beach, FL 33411
    561/333-0675

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to the U.S. Attorney's Office; Nancy Colon, Pretrial Services and to Defendant, this ____ day of July, 2000.



JAMES L. EISENBERG, P.A.
Attorneys for Defendant
250 Australian Avenue South, Suite 704
West Palm Beach, FL 33401
561/659-2009

_____
JAMES L. EISENBERG, ESQUIRE
Florida Bar No. 216615

**NON-COMPLIANCE OF S.D. fla. L.R.** 5.1B

