## United States District Court

for

### SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH

FILED by _____ D.C.

JUL 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**U.S.A. vs:** __JOHNNY HURTADO__          **Docket No.** __00-6183-CR-DIMITROULEAS__

### Petition for Action on Conditions of Pretrial Release

COMES NOW __Nancy Colón__ **PRETRIAL SERVICES OFFICER** presenting an official report upon the conduct of defendant __Johnny Hurtado__ who was placed under pretrial release supervision by the Honorable __Barry S. Seltzer__ sitting in court at __Fort Lauderdale__, on the __3rd__ day of __July__, 2000 under the following conditions:

Surrender all passports to Pretrial Services, report to Pretrial Services as directed, submit to random drug test and treatment as deemed necessary, no use of alcohol, maintain or actively seek employment, avoid all contact with victims/witness, refrain from possessing a firearm/weapon, travel restricted to the Southern District of Florida, and reside at current address.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant failed to report to the Pretrial Services Office on Wednesday July 19, 2000 and Wednesday July 26, 2000. Numerous attempts to contact the defendant have been unsuccessful. The defendant's whereabouts are unknown at this time.

**PRAYING THAT THE COURT WILL ORDER** THAT A WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST AND THAT A HEARING BE HELD TO DETERMINE IF HIS BOND SHOULD BE REVOKED.

ORDER OF THE COURT

Considered and ordered this ___ day of ___, 2000 and ordered filed and made a part of the records in the above case.

_____
Honorable Barry S. Seltzer
U.S. Magistrate Judge

Respectfully,

_____
Nancy Colón
U.S. Pretrial Services Officer

Place __West Palm Beach, Florida__

Date __July 28, 2000__