**United States District Court**
**for the**
**Southern District of Florida**

FILED by _____ D.C.

JUL 3 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**United States of America**
v
**JOHNNY HURTADO**

## WARRANT FOR ARREST

**Case Number: 00-6183-CR-DIMITROULEAS**

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ JOHNNY HURTADO _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice X Pretrial Violation Petition

charging him or her with (brief description of offense)

Failure to report to Pretrial Services on July 19, 2000 and July 26, 2000.

in violation of Title 18 United States Code, Section(s) 3148

| Nancy Colón | United States Pretrial Services Officer |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | July 28, 2000   West Palm Beach, FL. |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ No Bond ~~Requested~~ | by *[signature]* |
| | Honorable Barry S. Seltzer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |