UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOHNNY HURTADO,

Defendant.

CASE NO. 00-6183-CR-DIMITROULEAS



**ORDER SETTING BOND REVOCATION HEARING**

THIS CAUSE having been heard upon Pre-Trial Services July 26, 2000 Memorandum, the Court hereby sets a bond revocation hearing for August 4, 2000 at 9:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 31 day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

James Eisenberg, P.A.
250 Australian Avenue South
Suite #704
West Palm Beach, FL 33401

Bruce Brown, AUSA

Nancy Colon, Pretrial Services

