FILED by ___ D.C.
OCT 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6183-CR-DIMITROULEAS

UNITED STATES OF AMERICA

V.                                              MINUTE ORDER

JOHNNY HURTADO

On July 28, 2000 a Warrant for Arrest was issued for the above named defendant for failure to appear for sentencing. The defendant not having been arrested and 30 days having passed, this defendant is hereby transferred to fugitive status.

Dated this 11th Day of October, 2000 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM P. DIMITROULEAS

CLARENCE MADDOX,
CLERK OF COURT

BY: _____
KAREN A. CARLTON
DEPUTY CLERK

