UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6183-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNY HURTADO,

    Defendant,
and

INTERNATIONAL FIDELTY,

    Corporate Surety,
_____/

## ORDER REVOKING SURETY AND ESTREATING CORPORATE SURETY APPEARANCE BOND

THIS MATTER is before the Court on the United States' Motion for Revocation and Estreature of the Corporate Surety Appearance Bond of defendant Johnny Hurtado and International Fidelity in the sum of $$50,000, and is amply supported by the records of this Court; therefore, it is

**ORDERED AND ADJUDGED** that the appearance bond of defendant Johnny Hurtado in the sum of $$50,000 is hereby revoked and estreated.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida, this 21 day of November, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:

AUSA BRUCE O. BROWN/Fallick

AUSA Elizabeth Stein

Lee Nihan, Financial Section, U.S. District Court

Johnny Hurtado, 925 Market Street, West Palm Beach, FL 33401

William I. Sheppard, Agent for International Fidelity, 220 S.E. 12th Street, Ft. Lauderdale, FL 33316

James Eisenberg, 250 Austrailian Avenue South, Ste. 704, West Palm Beach, FL 33401

International Fidelity, Att: Bond Dept., 1 Newark Center, 20th FL, Newark, NJ 07102