UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6183-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNY HURTADO,

    Defendant,

and

INTERNATIONAL FIDELTY,

    Corporate Surety,
_____/

**FINAL JUDGMENT OF FORFEITURE OF CORPORATE SURETY APPEARANCE BOND**

    THIS MATTER is before the Court on the United States' Motion for a Final Judgment of Forfeiture of Corporate Surety Appearance Bond against defendant Johnny Hurtado and as to the corporate surety International Fidelity. The United States seeks to forfeit the appearance bond posted with this Court in the sum of $$50,000 as to the corporate surety bond, and the Court having noted the previous revocation and estreature of said appearance bond, and having found no basis for exonerating or remitting the bond, it is

    **ORDERED AND ADJUDGED** that plaintiff United States of America have judgment against defendant Johnny Hurtado and International Fidelity in the sum of $50,000 as to the corporate surety bond, together with interest thereon from the date of this judgment as



prescribed by 28 U.S.C. § 1961; and it is further,

**ORDERED AND ADJUDGED** that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of Court as security for the aforesaid shall be forthwith transferred to the Treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043; and it is further

**ORDERED AND ADJUDGED** that any and all real or personal property, wherever situated and in whomsoever's custody it may be pledged or granted to the United States to secure payment of the aforesaid, is hereby forfeited to the United States and subject to disposition according to law.

**DONE AND ORDERED** in chambers in Ft. Lauderdale, Florida, this 21 day of November, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:

AUSA BRUCE O. BROWN/Fallick

AUSA Elizabeth Stein (**two certified copies**)

Lee Nihan, Financial Section, U.S. District Court

Johnny Hurtado, 925 Market Street, West Palm Beach, FL 33401

International Fidelity, 925 Market Street, West Palm Beach, FL 33401

William I. Sheppard, Agent for International Fidelity, 220 S.E. 12th Street, Ft. Lauderdale, FL 33316

International Fidelity, Att: Bond Dept., 1 Newark Center, 20th FL, Newark, NJ 07102

James Eisenberg, 250 Austrailian Avenue South, Ste. 704, West Palm Beach, FL 33401