ERS:amw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6183-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOHNNY HURTADO,
    Defendant,

INTERNATIONAL FIDELITY,
    Corporate Surety,
_____/



### SATISFACTION OF JUDGMENT AS TO INTERNATIONAL FIDELITY CORPORATE SURETY

Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, does hereby release and relinquish the lien of that certain Final Judgment of Forfeiture of Appearance Bonds entered by the United States District Court for the Southern District of Florida on November 21, 2001, under its Docket No.00-6183-CR-DIMITROULEAS, against defendant Johnny Hurtado, and International Fidelity,

Respectfully submitted,

Witness my hand and seal,
this ___ day of February
A.D. 2002.
Signed, Sealed and Delivered
in Presence of:

_____
Ann M. Woodruff

_____
Grace E. Lubin

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: ELIZABETH RUF STEIN
ASSISTANT UNITED STATES ATTORNEY
99 N. E. 4th Street, 3rd Floor
Miami, FL 33132
Telephone (305) 961-9376
Fla. Bar No. 354945
Fax No.  (305) 530-7195



U.S. v. JOHNNY HURTADO
CASE NO. 00-6183-CR-DIMITROULEAS
Satisfaction of Judgment as to International Fidelity


STATE OF FLORIDA
COUNTY OF DADE

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid, to take acknowledgments, personally appeared Elizabeth Ruf Stein, Assistant U. S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

    WITNESS my hand and official seal in the County and State last aforesaid this 4TH day of February, A.D. 2002.

NOTARY PUBLIC, State of Florida

[ ] DID take an oath
[x] DID NOT take an oath

This instrument was prepared by:  Elizabeth Ruf Stein
                                        Assistant U. S. Attorney